UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :

XAY H. DANG
                                               : Bankruptcy No. 17-12004SR
       Debtor(s)                    : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Dated: August 30, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

STEPHEN MATTHEW DUNNE ESQ
1515 MARKET STREET
SUITE 1200
PHILADELPHIA PA 19102-

XAY H. DANG
1220 WELLINGTON STREET
PHILADELPHIA,PA.19111