UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: XAY H DANG | CASE NO: 17-12004 |
| | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE** |
| | Chapter: 13<br>ECF Docket Reference No. 22<br>Judge: Jean K. FitzSimon<br>Hearing Location: Courtroom No. 3<br>Hearing Date: 10/19/17<br>Hearing Time: 9:30 AM<br>Response Date: 09/28/17 |

On 9/6/2017, I did cause a copy of the following documents, described below,

Motion to Vacate; Notice of Motion; Proposed Order, 22

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically witih the documents described herein per the ECF/PACER system.

DATED: 9/6/2017

/s/ Stephen M. Dunne
Stephen M. Dunne  208838
Dunne Law Offices, P.C.
1515 Market Street, Suite 1200
Philadelphia, PA  19102
 215-551-7109
stephen@dunnelawoffices.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: XAY H DANG

CASE NO: 17-12004

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 22
Judge: Jean K. FitzSimon
Hearing Location: Courtroom No. 3
Hearing Date: 10/19/17
Hearing Time: 9:30 AM
Response Date: 09/28/17

On 9/6/2017, a copy of the following documents, described below,

Motion to Vacate; Notice of Motion; Proposed Order, 22

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/6/2017

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Dunne Law Offices, P.C.
Stephen M. Dunne
1515 Market Street, Suite 1200
Philadelphia, PA  19102

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| 1 LABEL MATRIX FOR LOCAL NOTICING<br>03132<br>CASE 17-12004-SR<br>EASTERN DISTRICT OF PENNSYLVANIA<br>PHILADELPHIA<br>WED SEP 6 13-10-45 EDT 2017 | 2 PHILADELPHIA<br>900 MARKET STREET<br>SUITE 400<br>PHILADELPHIA PA 19107-4233 | 3 AMERICAN HERITAGE FCU<br>2060 RED LION RD<br>PHILADELPHIA PA 19115-1699 |
| 4 AMERICAN HERITAGE FEDERAL CU<br>CO MIDWEST LOAN SERVICES<br>616 SHELDEN AVENUE SUITE 300<br>PO BO 144<br>HOUGHTON MI 49931-0144 | 5 AMERICAN HERITGAGE FCU<br>CO MIDWEST LOAN SERVICES<br>PO BOX 188<br>HOUGHTON MI 49931-0188 | 6 BANK OF AMERICA<br>NC41050314<br>PO BOX 26012<br>GREENSBORO NC 27420-6012 |
| 7 BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | 8 BANK OF AMERICA NA<br>P O BOX 982284<br>EL PASO TX 79998-2284 | 9 BARCLAYS BANK DELAWARE<br>100 S WEST ST<br>WILMINGTON DE 19801-5015 |
| 10 BARCLAYS BANK DELAWARE<br>PO BOX 8803<br>WILMINGTON DE 19899-8803 | 11 CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | 12 CAPITAL ONE<br>ATTN GENERAL CORRESPONDENCEBANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| 13 CARDWORKSCW NEXUS<br>ATTN BANKRUPTCY<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | 14 CARDWORKSCW NEXUS<br>PO BOX 9201<br>OLD BETHPAGE NY 11804-9001 | 15 CLIENT SERVICES INC<br>3451 HARRY S TRUMAN BLVD<br>SAINT CHARLES MO 63301-9816 |
| 16 DEPT OF ED582NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 | 17 DEPT OF ED582NELNET<br>ATTN CLAIMSBANKRUPTCY<br>PO BOX 82505<br>LINCOLN NE 68501-2505 | 18 DISCOVER<br>PO BOX 6103<br>CAROL STREAM IL 60197-6103 |
| 19 DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | 20 DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | 21 DISCOVER FINANCIAL<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 |
| 22 ERC<br>PO BOX 23870<br>JACKSONVILLE FL 32241-3870 | 23 EQUIFAX<br>PO BOX 740241<br>ATLANTA GA 30374-0241 | 24 EXPERIAN<br>PO BOX 2002<br>ALLEN TX 75013-2002 |
| 25 FIRSTSOURCE<br>FIRSTSOURCE ADVANTAGE LLC<br>205 BRYANT WOODS SOUTH<br>BUFFALO NY 14228-3609 | 26 GATESTONE   CO INTERNATIONAL INC<br>1000 N WEST ST SUITE 1200<br>WILMINGTON DE 19801-1058 | 27 LVNV FUNDING LLC ITS SUCCESSORS AND<br>ASSIGNS<br>ASSIGNEE OF CAPITAL ONE BANK USA NA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |

Case 17-12004-sr    Doc 24    Filed 09/06/17    Entered 09/06/17 13:50:21    Desc Main
Document      Page 4 of 5

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
28 MERRICK BANK                          29 MERRICK BANK                          30 MICHAEL DOUGHERTY
RESURGENT CAPITAL SERVICES               PO BOX 171379                            170 S INDEPENDENCE MALL WEST
PO BOX 10368                             PHILADELPHIA PA 19115                    SUITE 874 WEST
GREENVILLE SC 29603-0368                                                          PHILADELPHIA PA 19106-3334


31 MICHAEL J DOUGHERTY                   32 MIDWEST LOAN SERVICES                 33 MIDWEST LOAN SERVICES
325 CHESTNUT STREET                      PO BOX 188                               PO BOX 144
SUITE 501                                HOUGHTON MI 49931-0188                   HOUGHTON MI 49931-0144
PHILADELPHIA PA 19106-2605


34 NORTHLAND GROUP INC                   35 PHILADELPHIA GAS WORKS                36 PHILADELPHIA MUNICIPAL COURT
PO BOX 390846                            800 W MONTGOMERY AVENUE                  1339 CHESTNUT STREET
MINNEAPOLIS MN 55439-0846                PHILADELPHIA PA 19122-2898               10TH FLOOR
                                                                                  PHILADELPHIA PA 19107-3519


37 PORTFOLIO RECOVERY ASSOCIATES LLC     38 RMCB                                  39 RETREIVAL MASTERS CREDITORS BUREAU
PO BOX 41067                             PO BOX 1235                              4 WESTCHESTER PLAZA
NORFOLK VA 23541-1067                    ELMSFORD NY 10523-0935                   SUITE 110
                                                                                  ELMSFORD NY 10523-1616


40 SOUTHWEST CREDIT                      41 TOYOTA MOTOR CREDIT CORPORATION       42 TOYOTA MOTOR CREDIT CORP
4120 INTERNATIONAL PARKWAY               PO BOX 9013                              240 GIBRALTAR RD STE 260
STE 1100                                 ADDISON TEXAS 75001-9013                 HORSHAM PA 19044-2387
CARROLLTON TX 75007-1958


43 TOYOTA MOTOR CREDIT CORPORATION       44 TRANSUNION                            45 US DEPARTMENT OF EDUCATION CO
PO BOX 8026                              PO BOX 1000                              NELNET
CEDAR RAPIDS IA 52408-8026               CRUM LYNNE PA 19022-1023                 121 S 13 ST
                                                                                  SUITE 201
                                                                                  LINCOLN NE 68508-1911


46 UNITED STATES TRUSTEE                 47 VERIZON                               48 VERIZON
OFFICE OF THE US TRUSTEE                 500 TECHNOLOGY DR STE 30                 VERIZON WIRELESS BANKRUPTCY
833 CHESTNUT STREET                      WELDON SPRING MO 63304-2225              ADMINISTRATI
SUITE 500                                                                         500 TECNOLGY DR STE 500
PHILADELPHIA PA 19107-4405                                                        WELDON SPRINGS MO 63304-2225


49 VERIZON                               50 VISA DEPT STORE NATIONAL BANKMACYS    51 VISA DEPT STORE NATIONAL BANKMACYS
BY AMERICAN INFOSOURCE LP AS AGENT       ATTN BANKRUPTCY                          PO BOX 8218
4515 N SANTA FE AVE                      PO BOX 8053                              MASON OH 45040-8218
OKLAHOMA CITY OK 73118-7901              MASON OH 45040-8053


52 WELLS FARGO BANK CARD                 53 WELLS FARGO BANK CARD                 54 WELLS FARGO BANK NA
MAC F8253502F                            PO BOX 14517                             WELLS FARGO CARD SERVICES
PO BOX 10438                             DES MOINES IA 50306-3517                 PO BOX 10438 MAC F8235-02F
DES MOINES IA 50306-0438                                                          DES MOINES IA 50306-0438
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
55 WELTMAN WEINBERG  REIS CO LPA      56 WYND DISCVRY                    57 FREDERICK L REIGLE
PO BOX 5430                           10750 W CHARLESTON BLVD            CHAPTER 13 TRUSTEE
CLEVELAND OH 44101-0430               LAS VEGAS NV 89135-1048            2901 ST LAWRENCE AVE
                                                                         PO BOX 4010
                                                                         READING PA 19606-0410


                                                   DEBTOR
58 STEPHEN MATTHEW DUNNE              59 XAY H DANG
DUNNE LAW OFFICES PC                  1220 WELLINGTON STREET
1515 MARKET STREET                    PHILADELPHIA PA 19111-4227
SUITE 1200
PHILADELPHIA PA 19102-1932
```