UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : Chapter 13

    XAY H. DANG              : Bankruptcy No.  17-12004JKF

       Debtor(s)            :

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on <u>November 30, 2017</u> at 9:30 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

                                                        Respectfully submitted,

Date:  October 30, 2017                      */s/Polly A. Langdon*
                                                Polly A. Langdon, Esq.
                                                for
                                                Frederick L. Reigle, Esq.,
                                                Chapter 13 Standing Trustee
                                                2901 St. Lawrence Avenue
                                                P. O. Box 4010
                                                Reading, PA 19606-0410
                                                Telephone:  (610) 779-1313