United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12004-jkf
Xay H Dang                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett            Page 1 of 3              Date Rcvd: Oct 31, 2017
                               Form ID: 152               Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
```
db             +Xay H Dang,    1220 Wellington Street,    Philadelphia, PA 19111-4227
13887925      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
13887923      #+Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13933790       +Bank of America N.A.,    P O Box 982284,    El Paso, TX 79998-2284
13887927       +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
13887929       +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
13887935      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
13887931       +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
13887941       +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
13887954       +ERC,    PO BOX 23870,    Jacksonville, FL 32241-3870
13887953       +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
13887955       +Experian,    PO BOX 2002,    Allen, TX 75013-2002
13887956       +Firstsource,    Firstsource Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
13887957       +Gatestone & Co. International Inc.,    1000 N. West St., Suite 1200,    Wilmington, DE 19801-1058
13887958        Merrick Bank,    PO BOX 171379,    Philadelphia, PA 19115
13887959       +Michael Dougherty,    170 S. Independence Mall West,    Suite 874 West,
                 Philadelphia, PA 19106-3334
13887963       +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
13894279       +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13887964       +Philadelphia Municipal Court,    1339 Chestnut Street,    10th Floor,
                 Philadelphia, PA 19107-3519
13887965       +Retreival Masters Creditors Bureau,     4 Westchester Plaza,   Suite 110,
                 Elmsford, NY 10523-1616
13887968      ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor credit Corp,     Po Box 8026,   Cedar Rapids, IA 52408)
13904221       +Toyota Motor Credit Corporation,     PO Box 9013,   Addison, Texas 75001-9013
13887969       +Toyota Motor credit Corp,    240 Gibraltar Rd Ste 260,    Horsham, PA 19044-2387
13887970       +TransUnion,    PO BOX 1000,    Crum Lynne, PA 19022-1023
13887971       +Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
13887972       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13887973       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,   Mason, OH 45040-8053
13887974       +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
13887976       +Wells Fargo Bank Card,    Po Box 14517,    Des Moines, IA 50306-3517
13887975       +Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,   Des Moines, IA 50306-0438
13959650        Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 01 2017 01:30:18      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 01 2017 01:29:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 01 2017 01:30:13      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13887921       +E-mail/Text: broman@amhfcu.org Nov 01 2017 01:30:06      American Heritage Fcu,
                 2060 Red Lion Rd,    Philadelphia, PA 19115-1699
13920825       +E-mail/Text: bankruptcy@midwestloanservices.com Nov 01 2017 01:29:53
                 American Heritage Federal CU,    c/o Midwest Loan Services,    616 Shelden Avenue, Suite 300,
                 P.O. Bo 144,    Houghton MI 49931-0144
13887922       +E-mail/Text: bankruptcy@midwestloanservices.com Nov 01 2017 01:29:53      American Heritgage FCU,
                 c/o Midwest Loan Services,    PO BOX 188,    Houghton, MI 49931-0188
13887939       +E-mail/Text: bkr@cardworks.com Nov 01 2017 01:29:46      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
13887940       +E-mail/Text: bkr@cardworks.com Nov 01 2017 01:29:46      Cardworks/CW Nexus,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
13887952        E-mail/Text: mrdiscen@discover.com Nov 01 2017 01:29:47      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
13887942       +E-mail/Text: electronicbkydocs@nelnet.net Nov 01 2017 01:30:05      Dept Of Ed/582/nelnet,
                 Attn: Claims/Bankruptcy,    Po Box 82505,    Lincoln, NE 68501-2505
13887946       +E-mail/Text: electronicbkydocs@nelnet.net Nov 01 2017 01:30:05      Dept Of Ed/582/nelnet,
                 121 S 13th St,    Lincoln, NE 68508-1904
13887950       +E-mail/Text: mrdiscen@discover.com Nov 01 2017 01:29:47      Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
13891573        E-mail/Text: mrdiscen@discover.com Nov 01 2017 01:29:47      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
13887951       +E-mail/Text: mrdiscen@discover.com Nov 01 2017 01:29:47      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
```

```
District/off: 0313-2           User: Antoinett              Page 2 of 3                   Date Rcvd: Oct 31, 2017
                               Form ID: 152                 Total Noticed: 57


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13937728       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2017 01:30:36
                LVNV Funding, LLC its successors and assigns as,    assignee of Capital One Bank (USA), N.A.,
                Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
13937685       E-mail/Text: bkr@cardworks.com Nov 01 2017 01:29:46      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
13887960      +E-mail/Text: BKRMailOps@weltman.com Nov 01 2017 01:30:05      Michael J. Dougherty,
                325 Chestnut Street,   Suite 501,   Philadelphia, PA 19106-2605
13887961      +E-mail/Text: bankruptcy@midwestloanservices.com Nov 01 2017 01:29:53      Midwest Loan Services,
                Po Box 144,   Houghton, MI 49931-0144
13887962      +E-mail/Text: bankruptcy@midwestloanservices.com Nov 01 2017 01:29:53      Midwest Loan Services,
                P.o. Box 188,   Houghton, MI 49931-0188
13966319       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2017 01:42:41
                Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13887966      +E-mail/Text: bkrpt@retrievalmasters.com Nov 01 2017 01:30:03      RMCB,   PO BOX 1235,
                Elmsford, NY 10523-0935
13887967      +E-mail/Text: bankruptcy@sw-credit.com Nov 01 2017 01:30:04      Southwest Credit,
                4120 International Parkway,    Ste. 1100,   Carrollton, TX 75007-1958
13909860      +E-mail/Text: electronicbkydocs@nelnet.net Nov 01 2017 01:30:05
                U.S. Department of Education C/O Nelnet,    121 S 13 St,   Suite 201,   Lincoln, NE 68508-1911
13936154      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2017 01:30:42      Verizon,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
13887977      +E-mail/Text: BKRMailOps@weltman.com Nov 01 2017 01:30:06      Weltman, Weinberg & Reis CO., LPA,
                PO BOX 5430,   Cleveland, OH 44101-0430
13887978      +E-mail/Text: bankruptcydept@wyn.com Nov 01 2017 01:30:13      Wynd Discvry,
                10750 W Charleston Blvd,   Las Vegas, NV 89135-1048
                                                                                              TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13887926*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,   El Paso, TX 79998)
13887924*     +Bank Of America,   Nc4-105-03-14,   Po Box 26012,   Greensboro, NC 27420-6012
13939440*     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
13887928*     +Barclays Bank Delaware,   100 S West St,   Wilmington, DE 19801-5015
13887930*     +Barclays Bank Delaware,   P.o. Box 8803,   Wilmington, DE 19899-8803
13887936*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
13887937*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
13887938*     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
13887932*     +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
13887933*     +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
13887934*     +Capital One,   Attn: General Correspondence/Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
13887943*     +Dept Of Ed/582/nelnet,   Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
13887944*     +Dept Of Ed/582/nelnet,   Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
13887945*     +Dept Of Ed/582/nelnet,   Attn: Claims/Bankruptcy,   Po Box 82505,   Lincoln, NE 68501-2505
13887947*     +Dept Of Ed/582/nelnet,   121 S 13th St,   Lincoln, NE 68508-1904
13887948*     +Dept Of Ed/582/nelnet,   121 S 13th St,   Lincoln, NE 68508-1904
13887949*     +Dept Of Ed/582/nelnet,   121 S 13th St,   Lincoln, NE 68508-1904
                                                                                      TOTALS: 0, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                                   Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Antoinett              Page 3 of 3                    Date Rcvd: Oct 31, 2017
                              Form ID: 152                 Total Noticed: 57
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              STEPHEN MATTHEW DUNNE    on behalf of Debtor Xay H Dang bestcasestephen@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Xay H Dang
    Debtor(s)

Case No: 17−12004−jkf

Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Jean K. FitzSimon

, United States Bankruptcy Court 11/30/17 at 09:30 AM , in Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

31 − 2
Form 152