UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RE:XAY H DANG | : | |
| DEBTOR(S) | : | BKY NO. 17-12004 |
| AMERICAN HERITAGE FEDERAL CU | : | |
| | : | CHAPTER 13 |
| MOVANT | : | |
| XAY H DANG | : | |
| FREDERICK L. REIGLE, ESQUIRE | | |
| RESPONDENTS | | |

PRAECIPE TO WITHDRAW OBJECTION TO PLAN

TO THE CLERK OF THE BANKRUPTCY COURT:

    Kindly mark the Objection to the plan filed by American Heritage Federal CU, withdrawn.

                        **/s/Heather S. Riloff, Esquire**
                        **Heather S. Riloff, Esquire**
                        **Martha E. Von Rosenstiel, P.C.**
                        **649 South Avenue, Unit 6**
                        **Secane, PA 19018**
                        **(610)328-2887 ext 13**
                        Heather@mvrlaw.com
                        **Attorney I.D. #309906**

Stephen Matthew Dunne, Esquire, Electronic service
1515 Market Street, Suite 1200
Philadelphia PA  19102

Xay H Dang
1220 Wellington street
Philadelphia PA 19111

Frederick L. Reigle, Esquire,Electronic service
P.O. Box 4010
Reading, PA 19606