IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                                    :        CHAPTER 13
XAY H. DANG                              :
       DEBTOR            :        CASE NO:    17-12004-SR
_____ :

## ORDER APPROVING COUNSEL FEE

AND NOW, this _____ day of _____ 2017, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$3,500.00** is approved and the balance due counsel in the amount of **$2,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

*[signature]*

**Date: January 25, 2018**                U.S. BANKRUPTCY JUDGE

cc:    Stephen M. Dunne, Esq.
        1515 Market Street, Suite 1200
        Philadelphia, PA 19102

        Xay H. Dang
        1220 Wellington Street
        Philadelphia, PA 19111

        William C. Miller, Esq.
        Chapter 13 Trustee
        1234 Market Street, Suite 1813
        Philadelphia, PA 19107