United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Xay H Dang  
    Debtor

Case No. 17-12004-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Jan 25, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.  
db        +Xay H Dang,   1220 Wellington Street,   Philadelphia, PA 19111-4227

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        HEATHER STACEY RILOFF    on behalf of Creditor    American Heritage Federal CU heather@mvrlaw.com, Michelle@mvrlaw.com
        KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation KMcDonald@blankrome.com
        MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        STEPHEN MATTHEW DUNNE    on behalf of Debtor Xay H Dang bestcasestephen@gmail.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                           TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| XAY H. DANG | : | |
| DEBTOR | : | CASE NO:   17-12004-SR |
| _____ | : | |

## ORDER APPROVING COUNSEL FEE

AND NOW, this          day of                    2017, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of **$3,500.00** is approved and the balance due counsel in the amount of **$2,000.00** shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT

U.S. BANKRUPTCY JUDGE

**Date: January 25, 2018**

cc:   Stephen M. Dunne, Esq.
       1515 Market Street, Suite 1200
       Philadelphia, PA 19102

       Xay H. Dang
       1220 Wellington Street
       Philadelphia, PA 19111

       William C. Miller, Esq.
       Chapter 13 Trustee
       1234 Market Street, Suite 1813
       Philadelphia, PA 19107